

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00379-CV

**IN THE INTEREST OF A.L.G.** and E.B.G., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05217
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

SIGNED November 26, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice